414 A.2d 627

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Ronald T. GREENLEE, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 3, 1980.

Decided May 30, 1980.

John H. Corbett, Jr., Asst. Public Defender, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Charles W. Johns, Asst. Dist. Atty., Pittsburgh, for appellee.

490 ■■■■■■■

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

On appeal, the appellant raises the following issues:

(1) whether the evidence was sufficient to sustain his conviction for second degree murder;

(2) whether the trial judge erred in excluding a potential juror who was adamantly opposed to the death penalty;

(3) whether the prosecutor committed reversible error by his reference to photograph identification; and

(4) whether the trial judge erred by not granting a mistrial after the prosecutor's opening statement that he represented the Commonwealth, as well as the defendant, a member of the Commonwealth.

We find that each allegation of error is without merit and affirm the judgment of sentence of the Court of Common Pleas of Allegheny County.